-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02428-RPM-MJW

PETER TANDY

    Plaintiff,

v.

DEX MEDIA, INC.

    Defendant

_____

### *ORDER GRANTING* MOTION FOR ADMINISTRATIVE CLOSURE
_____

    The court, having reviewed Plaintiff's motion for an order administratively closing this matter pending the arbitration of claims between the parties, and being duly advised in the premises, hereby GRANTS the Motion.

    This action shall be closed administratively pursuant to D.C.Colo.L.Civ.R. 41.2 or, in the alternative, staying all proceedings pending completion of an arbitration of related claims between the parties. Should the arbitration not proceed, or Plaintiff not be made whole thereby, Plaintiff will have good cause to reopen this matter as permitted by the local rule.

    Dated this 5th day of December, 2005.

                                                             s/Richard P. Matsch

                                                             _____

                                                             District Court Judge