**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                May 31, 2007
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-02428-RPM

PETER TANDY,                                                     Diane King

     Plaintiff,

v.

DEX MEDIA, INC.,                                                 John Baird

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**11:31 a.m.    Court in session.**

Plaintiff not present.

Court's preliminary remarks.

Court recites procedural history of the case.

11:34 a.m.    Statements by Ms. King.

**ORDERED:    Unopposed Motion to Vacate and Rescheduled Hearing, filed May 31, 2007 [12], is denied as hearing was held.**

**ORDERED:    Motion to Withdraw, filed May 11, 2007 [8], is granted.
Plaintiff has until July 2nd, 2007 to indicate that he has retained substitute counsel or if he intends to proceed pro se. If plaintiff intends to proceed with this case he will further indicate whether he adopts the complaint filed.**

**11:42 a.m.    Court in recess.**

Hearing concluded.  Total time: 11 min.