IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02428-RPM

PETER TANDY,

        Plaintiff,

v.

DEX MEDIA, INC.,

        Defendant.

_____

ORDER GRANTING MOTION TO WITHDRAW AND DIRECTING FURTHER
PROCEEDINGS
_____

      This matter was called for hearing today pursuant to this Court's Order Setting Hearing, dated May 14, 2007.  Earlier today, Diane S. King filed an unopposed motion to vacate and reschedule this hearing, reciting that Peter Tandy recently had oral surgery and is not physically able to attend.  Ms. King did appear and J. Mark Baird appeared as counsel for the defendant.  Ms. King had no detailed information concerning Mr. Tandy's physical condition and indicated that there were multiple reasons for her filing a motion to withdraw which come within the scope of the attorney-client privilege.  Mr. Baird informed the Court that the arbitration proceeding concluded unfavorably to Mr. Tandy.  In that this matter began with a complaint filed November 30, 2005, the Court has determined that the case should go forward without any further delays and it is therefore

      ORDERED that the motion to withdraw is granted.  Diane S. King and Julie C.

Tolleson have no further responsibility for the representation of the plaintiff in this civil action and it is

FURTHER ORDERED that on or before July 2, 2007, the plaintiff shall cause the appearance of new counsel to be entered or indicate in a filing with the court that he is prepared to proceed with the complaint filed November 30, 2005, representing himself.

DATED: May 31st, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge

Certificate of Mailing

      I hereby certify that on May 31, 2007, a copy of the foregoing order was mailed via U.S. Mail to the following:

Peter Tandy
23Tamarade Drive
Littleton, CO 80122

                              GREGORY C. LANGHAM, Clerk

                                  M. V. Wentz
                        By_____
                                   Deputy