# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02428-RPM-MJW

**PETER TANDY,**

      Plaintiff,

v.

**DEX MEDIA, INC.,**

      Defendant.

## ORDER OF DISMISSAL

Pursuant to and in accordance with the Stipulation for Dismissal with Prejudice, signed by the attorneys for the parties hereto, it is hereby

ORDERED that the Complaint and cause of action are dismissed with prejudice with each party to bear its/his own costs and attorneys' fees.

Dated at Denver, Colorado, this 17th day of July, 2007.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              U. S. District Court Judge